**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 20-9958-JFW(SKx)** | Date: April 7, 2021 |
| Title: | Michael Goldberg -v- Rome McGuigan, P.C., et al. | |

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER STRIKING DOCKET NUMBERS 71, 72 and 73**

  The Court has issued several Minute Orders providing guidance to counsel regarding the Court's requirements for meaningfully describing exhibits on the docket. *See* Docket Numbers 36, 50, and 68. On April 1, 2021, the Court filed an Amended Standing Order which included a detailed explanation of those requirements (Amended Standing Order § 3(b)). Notwithstanding the Court's repeated efforts at guidance, counsel has ignored that guidance and violated the Court's Amended Standing Order in connection with the documents filed on April 5, 2021.

  Accordingly, Docket Numbers 71, 72 and 73 are **STRICKEN**.


  IT IS SO ORDERED.